IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 11-33-BLG-SPW |
| Plaintiff, | |
| vs. | |
| SUSAN LAFORGE, | ORDER |
| Defendant. | |

Upon Defendant's Unopposed Motion of Leave to File Under Seal (Doc. 109), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Motion of Leave to File Under Seal is **GRANTED.** Exhibits A and B for the Revocation Hearing shall be sealed.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 17th day of April, 2018.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1